Dismissed and Memorandum Opinion filed July 1, 2004









Dismissed and Memorandum Opinion filed July 1, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00314-CV

____________

 

IN RE SOUTHERN RISK SPECIALISTS,
INC., Relator

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O P I N I O N

This is an original proceeding filed by relator,
Southern Risk Specialists, Inc.

On June 18, 2004, relator filed a
motion to dismiss its petition for writ of mandamus.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the petition for writ of mandamus is ordered
dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 1, 2004.

Panel consists of Justices Yates,
Anderson, and Hudson.